**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

ACRISURE OF CALIFORNIA, LLC,

            Plaintiff,

v.

HAKOP ("JACK") PAPAZYAN,

            Defendant.

Case No. 1:26-cv-01213-JMB-PJG

Hon. Jane M. Beckering

---

**EXPEDITED CONSIDERATION REQUESTED**

**PLAINTIFF ACRISURE OF CALIFORNIA, LLC'S**
**<u>MOTION FOR A PRELIMINARY INJUNCTION</u>**

---

Pursuant to Fed. R. Civ. P. 65, Plaintiff Acrisure of California, LLC ("Acrisure") hereby moves this Court for a preliminary injunction.  This Motion is supported by the accompanying Memorandum of Law in Support, the Declaration of Christopher G. Clark and accompanying exhibits (ECF No. 36, PageID.420), the Declaration of Andrew Schutt filed in connection with Acrisure's Motion For Temporary Restraining Order (ECF No. 14, PageID.165), and the Complaint for Injunctive and Declaratory Relief (ECF No. 1, PageID.1) filed in this matter.

Pursuant to Fed. R. Civ. P. 65(a), this Motion seeks to convert the temporary restraining order this Court entered on April 27, 2026 (ECF No. 23, PageID.358) into a preliminary injunction extending through an adjudication of Acrisure's claims on the merits.

Acrisure respectfully requests that this Court issue the proposed preliminary injunction order in the form attached as **Attachment A**.

Expedited consideration is requested because the proposed preliminary injunction is necessary to prevent loss of Acrisure's confidential information, employees and customers,

damages to Acrisure's reputation and customer goodwill, and unfair competition.  *See* L. Civ.

R. 7.1(e).  This Court previously found that good cause existed to enter the Temporary

Restraining Order on April 27, 2026 (ECF No. 23, PageID.358).  The Court should issue the

proposed preliminary injunction order to enforce Papazyan's non-competition covenants and

maintain the status quo pending an adjudication of Acrisure's claims on the merits.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Civil Rule 7.2(d), Plaintiff Acrisure of California, LLC respectfully

requests oral argument on this Motion.

Dated:  May 4, 2026

SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP

By:  */s/ Christopher G. Clark*

Christopher G. Clark (663455-MA)
Catherine A. Fisher (686163-MA)
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
christopher.clark@skadden.com
catherine.fisher@skadden.com

- and -

WARNER NORCROSS + JUDD LLP
Edward J. Bardelli (P53849)
150 Ottawa Avenue, Suite 1500
Grand Rapids, Michigan 49503
(616) 752-2000
ebardelli@wnj.com

*Attorneys for Plaintiff*
*Acrisure of California, LLC*

2
