# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ACRISURE OF CALIFORNIA, LLC,

      Plaintiff,

vs.

HAKOP ("JACK") PAPAZYAN,

      Defendant.

Case No. 1:26-CV-01213-JMB-PJG

Hon. Jane M. Beckering
Mag. Phillip J. Green

**ORAL ARGUMENT REQUESTED**

**EXPEDITED CONSIDERATION REQUESTED**

**CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 7.1(d) MEET AND CONFER CERTIFICATE RE: DEFENDANT HAKOP ("JACK") PAPAZYAN MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL**

Pursuant to W.D. Mich. LCivR 7.1(d) of the United States District Court for the Western District of Michigan, counsel for Defendant Hakop ("Jack") Papazyan hereby certifies as follows:

Pursuant to Local Rule 7.1(d), the undersigned certifies that on June 4, 2026, counsel for Defendant, Ketul D. Patel, contacted counsel for Plaintiff, Christopher G. Clark, by email to seek concurrence in the relief requested in this motion. Specifically, counsel requested that Plaintiff concur to the stay of the Preliminary Injunction pending Defendant's appeal to the Sixth Circuit. After sending Plaintiff Acrisure of California, LLC the proposed order, counsel for Plaintiff, Christopher G. Clark, responded on June 4, 2026 that Plaintiff opposes Defendant's request. Concurrence in the motion was therefore not obtained.

Counsel certifies that the foregoing conference was conducted in good faith in an effort to resolve this dispute or narrow the issues presented to the Court, in compliance with W.D. Mich. LCivR 7.1(d)(i) and (ii).

DATED:  June 5, 2026

SARETSKY HART MICHAELS + GOULD PC

By: */s/ Brian Witus*
    Miles D. Hart (P43797)
    mhart@saretsky.com
    Brian Witus (P53062)
    bwitus@saretsky.com
    Colin D. Gerish (P83349)
    cgerish@saretsky.com
    995 South Eton
    Birmingham, Michigan, 48009
    Tel: (248) 502-3300

DORSEY & WHITNEY LLP

    Edward B. Magarian (MN SBN 208796)
    Magarian.Edward@dorsey.com
    John T. Sullivan (MN SBN 0390975)
    sullivan.jack@dorsey.com
    50 South Sixth Street, Suite 1500
    Minneapolis, MN 55402-1498
    Tel: (612) 340-2600

    Ketul D. Patel (CA SBN 251985)
    patel.ketul@dorsey.com
    600 Anton Boulevard, Suite 2000
    Costa Mesa, CA 92626
    Tel: (714) 800-1400

    Attorneys for Defendant
    HAKOP ("JACK") PAPAZYAN

4905-7856-9126\